# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 6, 2026
Lyle W. Cayce
Clerk

No. 25-60073

Robert Harris; Darius Harris; Malcolm Stewart,

*Plaintiffs—Appellants,*

*versus*

Sam Dobbins, *in his individual capacity*; Charles Henderson, *in his individual and official capacities as Interim Chief of Police of Lexington, Mississippi*; City of Lexington; Lexington Police Department; James Shiers, *in his individual capacity*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:22-CV-479

_____

JUDGMENT

Before Stewart, Graves, and Oldham, *Circuit Judges.*

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 25-60073

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.